# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*

February 9, 2022

**Via ECF**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

This request is granted. Plaintiff may refile their Amended Complaint by February 14, 2022.

SO ORDERED.
Date: February 10, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re: **Clark v. McCormick & Schmick Restaurant Corp., et al.**
Case No.: 21-cv-10330 (JPC)

Dear Judge Cronan:

We represent Plaintiff Clark in the above referenced matter and we write on consent of Defendants to file the amended complaint within three days of an order of this Court. Pursuant to Your Honor's order the Amended Complaint was filed on Feb. 7, 2022 as Dkt. 14, but there was a technical filing error that was not caught until Feb. 8, 2022. Pursuant to that notice of deficiency, the Clerk noted that, "Permission from Chambers will need to be acquired to accept the Amended Complaint when it is filed correctly…" Plaintiff therefore respectfully seeks permission for the Clerk to accept the Amended Complaint. Upon approval, Plaintiff will promptly refile the amended complaint with the deficiencies corrected within three days of an order of this Court. Defendants consent to this request.

We thank the Court for its time and are available to the extent the Court has and questions or concerns.

Respectfully Submitted,

_____
Michael A. Tompkins
**Leeds Brown Law, P.C.**
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com

Cc: All Counsel of Record (via ECF)